**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENJAMIN MILLER, | No. 2:26-cv-2306-DJC-DMC |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| U.S. BANK TRUST NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's complaint. See ECF No. 1.

"Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" Adams v. Cal. Dep't of Health Servs., 487 F.3d 684, 688 (9th Cir. 2007), overruled on other grounds by Taylor v. Sturgell, 553 U.S. 880, 904 (2008) (quoting Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir. 1977) (en banc)). "[I]n assessing whether the second action is duplicative of the first, we examine whether the causes of action and relief sought, as well as the parties or privies to the action, are the same." Id. at 689.

/ / /

/ / /

1

This action is identical to Plaintiff's previously filed case, Miller v. U.S. Bank Trust National Association, et al., 2:26-cv-2204-DJC-DMC.  In particular, the parties are identical, the claims are identical, and the relief sought is identical.  The Court will recommend dismissal of this later-in-time filed action.

Based on the foregoing, the undersigned recommends that this action be dismissed as duplicative of Miller v. U.S. Bank Trust National Association, et al., 2:26-cv-2204.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 9, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2