**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BENJAMIN MILLER,

Plaintiff,

v.

U.S. BANK TRUST NATIONAL ASSOCIATION, et al.,

Defendants.

No. 2:26-cv-2306-DJC-ICD

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Defendants' motion to dismiss the first amended complaint, ECF No. 24, and Plaintiff's motion for leave to file a second amended complaint, ECF No. 27. Defendants' motion is set for hearing before the undersigned in Redding, California, on October 28, 2026, at 10:00 a.m. The time to file an opposition to Plaintiff's motion for leave to amend has not yet expired. Because this motion is not yet fully briefed, and because the ruling on Plaintiff's motion for leave to amend may affect the Court's consideration of Defendants' motion to dismiss, the hearing set for October 28, 2026, is VACATED. Once briefing is complete on Plaintiff's motion for leave to amend, the Court will address that motion and, if necessary, reset the hearing on Defendants' motion to dismiss. Absent further order of the Court resetting Defendants' motion to dismiss for hearing, that matter is submitted without oral argument. See E.D. Cal. L.R. 230(g).

IT IS SO ORDERED.

Dated: October 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE